IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HERSHEL RODNEY NUZUM,        )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br>SALLIE MAE SERVICING          )<br>CORPORATION,                  )<br>                              )<br>        Defendant.            )<br>_____) | 8:05CV406<br><br><br>REASSIGNMENT ORDER |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Richard G. Kopf for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 23rd day of August, 2005.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE