IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HERSHEL RODNEY NUZUM,  )<br>                                           )<br>            Plaintiff,         )<br>                                           )<br>    vs.                              )<br>                                           )<br>SALLIE MAE SERVICING  )<br>CORPORATION,              )<br>                                           )<br>            Defendant.       ) | 8:05cv406<br><br>ORDER TO SHOW CAUSE |

This matter is before the court sua sponte. There has been no activity in this case since March 16, 2006, when I denied the "Request for This Court to Give This Case Back to Judge Bataillon" filed by the plaintiff, Hershel Rodney Nuzum. I have now reviewed the records of this court concerning other cases filed by the plaintiff, and I find that the plaintiff's claims in this case are barred by the Judgment entered in 2005 in Case No. 8:04cv167, <u>Nuzum v. Sallie Mae Servicing Corporation, et al</u> (D. Neb.). Therefore, the plaintiff shall have until August 25, 2006 to file a Response to Order to Show Cause stating any reason he may have why this case should not be dismissed with prejudice because his claims are barred by res judicata (claim preclusion).

SO ORDERED.

August 3, 2006.                     BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  United States District Judge