IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HERSHEL RODNEY NUZUM, | ) | |
| | ) | 8:05cv406 |
| Plaintiff, | ) | |
| | ) | MEMORANDUM AND ORDER |
| vs. | ) | |
| | ) | |
| SALLIE MAE SERVICING | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

In an Order to Show Cause (filing no. 17), the court directed the plaintiff to notify the court of any reason the plaintiff may have why this case should not be dismissed as a duplicate of a former action which had already been adjudicated and dismissed with prejudice in the defendant's favor.  See Nuzum v. Sallie Mae Servicing Corporation, et al Case No. 8:04cv167(D. Neb.).  The deadline established in filing no. 17 has expired, and the plaintiff has failed to show cause why this case should not be dismissed.  In fact, the plaintiff has made no response at all.  Therefore,  because the subject matter of this action is a duplicate of the previously adjudicated Case No. 8:04cv167, and because the plaintiff has failed to comply with filing no. 17, the above-entitled action and the plaintiff's complaint are dismissed with prejudice.  A separate judgment will be entered accordingly.

SO ORDERED.

August 29, 2006.                    BY THE COURT:


                                   s/ *Richard G. Kopf*
                                   United States District Judge